IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO DENTRAY BATTLE,<br># 250833, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:21-cv-576-RAH-SMD |
| CHRISTOPHER GORDY, *et al.*, | ) <br> ) | |
| Respondents. | ) | |

**ORDER**

On September 28, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 3) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE, on this the 25th day of October, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE